**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elrick LOPEZ, Defendant–Appellant.**

**No. 06–50381**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Elrick Lopez, pro se.

Richard Gale Ferguson, Waco, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Elrick Lopez has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez has received a copy of counsel's motion and brief but has not filed a response.

Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.